**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 00-6123**

―――――――――

JOSEPH H. GRAVES,

Plaintiff - Appellant,

versus

J. E. GUNJA; W. C. HENDERSON; FINGER; BANEY;
S. CRUMP,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-99-3753-JFM)

―――――――――

Submitted:  April 13, 2000        Decided:  April 21, 2000

―――――――――

Before WIDENER and WILKINS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

Joseph H. Graves, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Joseph H. Graves, a federal inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint under 28 U.S.C.A. § 1915A (West Supp. 1999). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Graves v. Gunja, No. CA-99-3753-JFM (D. Md. Dec. 28, 1999).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* Although the district court's order is marked as "filed" on December 23, 1999, the district court's records show that it was entered on the docket sheet on December 28, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2